DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICKY MONTGOMERY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-594

[April 12, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case Nos. 08-012619 CF10A and 14-000069 CF10A.

Ricky Montgomery, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***